JAMES L. DENNIS, Circuit Judge,
concurring in part and concurring in the judgment:
I agree with the majority that, on the showing made, Plaintiffs’ constitutional claims fail on the merits. Further ruling on the statutes of limitations is therefore unnecessary. I recognize that Walker v. Epps, 550 F.3d 407 (5th Cir. 2008), is binding authority in this Circuit and requires plaintiffs seeking solely equitable relief to comply with state statutes of limitations. However, I am concerned that our decision in Walker misinterpreted the Supreme Court’s decision in Wilson v. Garcia, 471 U.S. 261, 105 S.Ct. 1938, 85 L.Ed.2d 254 (1985), when it read it to overrule Holmberg v. Armbrecht, 327 U.S. 392, 66 S.Ct. 582, 90 L.Ed. 743 (1946), a case that Wilson neither discussed nor even mentioned. As a member of this court has observed, “[t]he question whether a statute of limitations should apply to a claim such as this one, where the plaintiff seeks purely injunctive relief against an injury that, although certainly foreseeable, has not yet occurred, is a difficult one.” Walker v. Epps, 287 Fed.Appx. 371, 379 (5th Cir. 2008) (King, J., dissenting). As she did, I refer the reader to Judge Myron Thompson’s excellent discussion of this subject, published at Jones v. Allen, 483 F.Supp.2d 1142 (M.D. Ala. 2007).